**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LIENY SOLANO RODA,

Petitioner,

v. No. 2:26-cv-00612-MLG-GBW

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; MARY DE ANDA-YBARRA, Field Office Director of the El Paso Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; and DORA CASTRO, Warden of the Otero County Processing Center, in their official capacities,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Lieny Solano Roda's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1. Having considered the Petition, and having held a hearing on August 26, 2026, and being otherwise fully informed, the Court finds that it is well taken and should be granted. For the reasons stated on the record during the August 26, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), and *Hernandez Rodriguez v. Mullin*, 2:26-CV-1125-KG-KRS, 2026 WL 1706910 (D.N.M. June 12, 2026), the Court grants the Petition.

Solano Roda must be released within forty-eight hours of the entry of this Order. Solano Roda shall be released with all of her property, including identification documentation, that was in her possession when she was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA